WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Silvester Ruelas,<br><br>   Movant,<br><br>v.<br><br>United States of America,<br><br>   Respondent. | No. CV-20-00372-PHX-JAT (JZB)<br>No. CR-17-00317-001-PHX-JAT<br><br>**ORDER** |

  Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) as amended (Doc. 5). The Magistrate Judge issued a Report and Recommendation (R&R) (Doc. 13) recommending that the Motion be denied.

  Neither party has filed objections to the R&R and the time to object has run. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

  Thus,

  **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.

13) is accepted;

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is denied and dismissed with prejudice; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are denied because Movant has not made a substantial showing of the denial of a constitutional right. (*See* Doc. 13 at 8).

Dated this 26th day of April, 2021.

James A. Teilborg
Senior United States District Judge